IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00045-BNB

BASILIO ROJO-ALDERTE,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
DR. POLLAND,
ROBERT HIGGINS,
SUSAN BONFIGLIO, and
ALICIA VINEYARD,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 06 2008

GREGORY C. LANGHAM
    CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's Application to Proceed In Forma Pauperis, filed December 28, 2007, is DENIED as moot. Plaintiff paid the $350.00 filing fee on February 4, 2008. Also, Plaintiff's "Motion for Voluntary Dismissal of Misfiled Complaint Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure," filed January 4, 2008, is DENIED as unnecessary pursuant to Fed. R. Civ. P. 15(a).

Dated: February 6, 2008

Copies of this Minute Order mailed on February 6, 2008, to the following:

Basilio Rojo-Alderte
Reg. No. 31521-051
Federal Correctional Institution
PO Box 6000
Florence, CO 81226

                                            Secretary/Deputy Clerk